No. 62184.—Century Jewelry Corp. v. United States, protests 326814–K and 327384–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Export Co. et al.* v. *United States* (45 C. C. P. A. 82, C. A. D. 677), the claim of the plaintiff was sustained.

No. 62185.—Austin Nichols & Co., Inc. v. United States, protests 308784–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise consists of Campari bitters, assessed with an internal revenue tax of $10.50 per proof gallon on the alcoholic content; that said tax is imposed on the alcohol contained in like domestic products at the same rate; and that the issue is the same in all material respects as that in *R. U. Delapenha & Co., Inc.* v. *United States* (39 Cust. Ct. 136, C. D. 1918), the claim of the plaintiff was sustained.